No. 75–455. Nader v. Allegheny Airlines, Inc. C. A. D. C. Cir. Certiorari granted.

No. 75–112. Saler v. Kreiger, Sheriff, et al. C. A. 6th Cir. Certiorari denied.

No. 75–150. Flores v. United States; and

No. 75–5046. Quesada v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 512 F. 2d 1043.

No. 75–152. Whorley v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 75–216. Saenz v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–6682. Clemmons v. Greggs et al. C. A. 5th Cir. Certiorari denied.

No. 74–6731. Wolf et al. v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 74–6758. Beishir et al. v. Missouri. Sup. Ct. Mo. Certiorari denied.

No. 75–270. School District of Omaha et al. v. United States et al. C. A. 8th Cir. Certiorari denied.

No. 75–301. Bauman v. United States. C. C. P. A. Certiorari denied.